## Case No. 7,566.

### JUDSON v. DAY.

[Nowhere reported; opinion not now accessible.]